**United States Bankruptcy Court**
Western District of Pennsylvania

In re: Kristopher W Daugherty
Shannon N Daugherty

Debtor(s)

Case No. 25-22768
Chapter 13

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Kristopher W Daugherty**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☑ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.


I, **Shannon N Daugherty**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☑ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☐ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.


Date: November 2, 2025              Signature: /s/ Kristopher W Daugherty
                                    Kristopher W Daugherty
                                    Debtor

Date: November 2, 2025              Signature: /s/ Shannon N Daugherty
                                    Shannon N Daugherty
                                    Joint Debtor



Payslip                                                                                                       Page: 1 of 2

| Employee Name | Payroll Relationship Number | Payroll |
|---|---|---|
| Kristopher Daugherty | 131505 | UPMC Biweekly Payroll |
| **Person Number** | **Assignment Number** | **Salary Basis Name** |
| 131505 | E131505 | Salaried_Biweekly |
| | **Job Title** | **Tax Reporting Unit Name** |
| | Architect, IT | UPMC Presbyterian Shadyside |
| **Employee Address** | **Position** | **Tax Reporting Unit Address** |
| 1821 Howell Street<br>North Versailles, PA 15137<br>US | Architect, IT | 600 Grant Street<br>Floor 56<br>Pittsburgh, PA 15219<br>US |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| Biweekly | 21-Sep-2025 | 4-Oct-2025 | 10-Oct-2025 | 155,463.96 |

### Summary

| Description | Current | Year to Date |
|---|---:|---:|
| Gross Earnings | 5,995.92 | 126,537.22 |
| Imputed Earnings | 16.56 | 162.00 |
| Pretax Deductions | 106.27 | 2,331.67 |
| Employee Tax Deductions | 1,455.57 | 30,369.96 |
| Voluntary Deductions | 47.99 | 1,007.79 |
| Net Payment | 4,369.53 | 92,665.80 |

### Earnings

| Description | Current | Year to Date |
|---|---:|---:|
| Basic Life Taxable | 16.56 | 162.00 |
| Bereavement | 0.00 | 288.60 |
| Day Regular | 5,381.44 | 106,996.30 |
| Holiday Time Off Paid | 0.00 | 3,525.36 |

| Description | Start Date | End Date | Quantity | Type | Rate | Multiple | Amount |
|---|---|---|---:|---|---:|---:|---:|
| Day Regular | | | 72.00 | Hours | 74.74 | 1.00 | 5,381.44 |
| PTO Entitlement | | | 8.00 | Hours | 74.74 | 1.00 | 597.92 |

### Absences

| Description | Current | Year to Date |
|---|---:|---:|
| PTO Discretionary Disbursement Payment | 0.00 | 2,885.80 |
| PTO Entitlement Payment | 597.92 | 12,679.16 |

### Hours

| Description | Current | Year to Date |
|---|---:|---:|
| Bereavement Hours Worked | 0.00 | 4.00 |
| Day Regular Hours Worked | 72.00 | 1,456.00 |
| Holiday Time Off Paid Hours Worked | 0.00 | 48.00 |
| PTO Discretionary Disbursement Hours | 0.00 | 40.00 |
| PTO Entitlement Hours | 8.00 | 172.00 |

### Pretax Deductions

| Description | Current | Year to Date |
|---|---:|---:|
| Advantage Silver EE Pre Tax | 77.54 | 1,628.34 |
| Elite Vision EE Pre Tax | 8.01 | 168.21 |
| Parking TVD Towerview Debit Card_V1 | 0.00 | 100.00 |



**Payslip**                                                              Page: 2 of 2

| Description | Current | Year to Date |
|---|---|---|
| Standard Dental EE Pre Tax | 18.78 | 394.38 |
| Supplemental Employee ADD EE Pre Tax | 1.94 | 40.74 |

**Tax Deductions**

| Description | Current | Year to Date |
|---|---|---|
| FIT Withheld | 759.80 | 15,685.02 |
| Social Security Employee Withheld | 365.15 | 7,700.74 |
| Medicare Employee Withheld | 85.40 | 1,800.98 |
| SIT Withheld (PA) | 180.30 | 3,811.19 |
| SUI Employee Withheld (PA) | 4.18 | 88.43 |
| City Withheld (PA,Allegheny,North Versailles Township) | 29.37 | 620.80 |
| Head Tax Withheld (PA,Allegheny,Pittsburgh) | 2.00 | 42.00 |
| School Withheld (PA,East Allegheny SD) | 29.37 | 620.80 |

**Other Deductions**

| Description | Current | Year to Date |
|---|---|---|
| Dependent Child Life ADD EE Post Tax | 0.71 | 14.91 |
| Spouse DP ADD EE Post Tax | 0.92 | 19.32 |
| Spouse DP Life EE Post Tax | 1.38 | 28.98 |
| Supplemental Employee Life EE Post Tax | 10.85 | 227.85 |
| Alight General Loan (0) | 34.13 | 716.73 |

**Net Pay Distribution**

| Check/Deposit Number | Bank Name | Branch Name | Account Number | Currency | Payment Amount |
|---|---|---|---|---|---|
| 13686158797 | UPMC Direct Deposit Banks | 044000024 Huntington National Bank | XXXXXXX9510 | USD | 4,369.53 |

**Tax Withholding Information**

| Type | Marital Status | Exemptions | Additional Amount |
|---|---|---|---|
| FEDERAL | Married | | 0.00 |
| PA | | 0 | 0.00 |



Payslip                                                                                                   Page: 1 of 2

| Employee Name | Payroll Relationship Number | Payroll |
|---|---|---|
| Kristopher Daugherty | 131505 | UPMC Biweekly Payroll |
| **Person Number** | **Assignment Number** | **Salary Basis Name** |
| 131505 | E131505 | Salaried_Biweekly |
| | **Job Title** | **Tax Reporting Unit Name** |
| | Architect, IT | UPMC Presbyterian Shadyside |
| **Employee Address** | **Position** | **Tax Reporting Unit Address** |
| 1821 Howell Street | Architect, IT | 600 Grant Street |
| North Versailles, PA 15137 | | Floor 56 |
| US | | Pittsburgh, PA 15219 |
| | | US |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| Biweekly | 7-Sep-2025 | 20-Sep-2025 | 26-Sep-2025 | 155,463.96 |

### Summary

| Description | Current | Year to Date |
|---|---|---|
| Gross Earnings | 5,979.36 | 120,541.30 |
| Imputed Earnings | 0.00 | 145.44 |
| Pretax Deductions | 106.27 | 2,225.40 |
| Employee Tax Deductions | 1,450.68 | 28,914.39 |
| Voluntary Deductions | 47.99 | 959.80 |
| Net Payment | 4,374.42 | 88,296.27 |

### Earnings

| Description | Current | Year to Date |
|---|---|---|
| Basic Life Taxable | 0.00 | 145.44 |
| Bereavement | 0.00 | 288.60 |
| Day Regular | 5,381.44 | 101,614.86 |
| Holiday Time Off Paid | 0.00 | 3,525.36 |

| Description | Start Date | End Date | Quantity | Type | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|---|
| Day Regular | | | 72.00 | Hours | 74.74 | 1.00 | 5,381.44 |
| PTO Entitlement | | | 8.00 | Hours | 74.74 | 1.00 | 597.92 |

### Absences

| Description | Current | Year to Date |
|---|---|---|
| PTO Discretionary Disbursement Payment | 0.00 | 2,885.80 |
| PTO Entitlement Payment | 597.92 | 12,081.24 |

### Hours

| Description | Current | Year to Date |
|---|---|---|
| Bereavement Hours Worked | 0.00 | 4.00 |
| Day Regular Hours Worked | 72.00 | 1,384.00 |
| Holiday Time Off Paid Hours Worked | 0.00 | 48.00 |
| PTO Discretionary Disbursement Hours | 0.00 | 40.00 |
| PTO Entitlement Hours | 8.00 | 164.00 |

### Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Advantage Silver EE Pre Tax | 77.54 | 1,550.80 |
| Elite Vision EE Pre Tax | 8.01 | 160.20 |
| Parking TVD Towerview Debit Card_V1 | 0.00 | 100.00 |



**Payslip**  Page: 2 of 2

| Description | Current | Year to Date |
|---|---|---|
| Standard Dental EE Pre Tax | 18.78 | 375.60 |
| Supplemental Employee ADD EE Pre Tax | 1.94 | 38.80 |

### Tax Deductions

| Description | Current | Year to Date |
|---|---|---|
| FIT Withheld | 756.16 | 14,925.22 |
| Social Security Employee Withheld | 364.14 | 7,335.59 |
| Medicare Employee Withheld | 85.16 | 1,715.58 |
| SIT Withheld (PA) | 180.30 | 3,630.89 |
| SUI Employee Withheld (PA) | 4.18 | 84.25 |
| City Withheld (PA,Allegheny,North Versailles Township) | 29.37 | 591.43 |
| Head Tax Withheld (PA,Allegheny,Pittsburgh) | 2.00 | 40.00 |
| School Withheld (PA,East Allegheny SD) | 29.37 | 591.43 |

### Other Deductions

| Description | Current | Year to Date |
|---|---|---|
| Dependent Child Life ADD EE Post Tax | 0.71 | 14.20 |
| Spouse DP ADD EE Post Tax | 0.92 | 18.40 |
| Spouse DP Life EE Post Tax | 1.38 | 27.60 |
| Supplemental Employee Life EE Post Tax | 10.85 | 217.00 |
| Alight General Loan (0) | 34.13 | 682.60 |

### Net Pay Distribution

| Check/Deposit Number | Bank Name | Branch Name | Account Number | Currency | Payment Amount |
|---|---|---|---|---|---|
| 13598597899 | UPMC Direct Deposit Banks | 044000024 Huntington National Bank | XXXXXXX9510 | USD | 4,374.42 |

### Tax Withholding Information

| Type | Marital Status | Exemptions | Additional Amount |
|---|---|---|---|
| FEDERAL | Married | | 0.00 |
| PA | | 0 | 0.00 |



# Payslip

Page: 1 of 2

| Employee Name | Payroll Relationship Number | Payroll |
|---|---|---|
| Kristopher Daugherty | 131505 | UPMC Biweekly Payroll |
| **Person Number** | **Assignment Number** | **Salary Basis Name** |
| 131505 | E131505 | Salaried_Biweekly |
| | **Job Title** | **Tax Reporting Unit Name** |
| | Architect, IT | UPMC Presbyterian Shadyside |
| **Employee Address** | **Position** | **Tax Reporting Unit Address** |
| 1821 Howell Street | Architect, IT | 600 Grant Street |
| North Versailles, PA 15137 | | Floor 56 |
| US | | Pittsburgh, PA 15219 |
| | | US |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| Biweekly | 24-Aug-2025 | 6-Sep-2025 | 12-Sep-2025 | 155,463.96 |

| Summary | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Gross Earnings | 5,995.91 | 114,561.94 |
| Imputed Earnings | 16.56 | 145.44 |
| Pretax Deductions | 106.27 | 2,119.13 |
| Employee Tax Deductions | 1,455.58 | 27,463.71 |
| Voluntary Deductions | 47.99 | 911.81 |
| Net Payment | 4,369.51 | 83,921.85 |

| Earnings | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Basic Life Taxable | 16.56 | 145.44 |
| Bereavement | 0.00 | 288.60 |
| Day Regular | 4,783.51 | 96,233.42 |
| Holiday Time Off Paid | 597.92 | 3,525.36 |

| Description | Start Date | End Date | Quantity | Type | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|---|
| Day Regular | | | 64.00 | Hours | 74.74 | 1.00 | 4,783.51 |
| Holiday Time Off Paid | | | 8.00 | Hours | 74.74 | 1.00 | 597.92 |
| PTO Entitlement | | | 8.00 | Hours | 74.74 | 1.00 | 597.92 |

| Absences | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| PTO Discretionary Disbursement Payment | 0.00 | 2,885.80 |
| PTO Entitlement Payment | 597.92 | 11,483.32 |

| Hours | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Bereavement Hours Worked | 0.00 | 4.00 |
| Day Regular Hours Worked | 64.00 | 1,312.00 |
| Holiday Time Off Paid Hours Worked | 8.00 | 48.00 |
| PTO Discretionary Disbursement Hours | 0.00 | 40.00 |
| PTO Entitlement Hours | 8.00 | 156.00 |

| Pretax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Advantage Silver EE Pre Tax | 77.54 | 1,473.26 |
| Elite Vision EE Pre Tax | 8.01 | 152.19 |



Payslip                                                                                          Page: 2 of 2

| | Current | Year to Date |
|---|---|---|
| Parking TVD Towerview Debit Card_V1 | 0.00 | 100.00 |
| Standard Dental EE Pre Tax | 18.78 | 356.82 |
| Supplemental Employee ADD EE Pre Tax | 1.94 | 36.86 |

### Tax Deductions

| Description | Current | Year to Date |
|---|---|---|
| FIT Withheld | 759.80 | 14,169.06 |
| Social Security Employee Withheld | 365.15 | 6,971.45 |
| Medicare Employee Withheld | 85.40 | 1,630.42 |
| SIT Withheld (PA) | 180.30 | 3,450.59 |
| SUI Employee Withheld (PA) | 4.19 | 80.07 |
| City Withheld (PA,Allegheny,North Versailles Township) | 29.37 | 562.06 |
| Head Tax Withheld (PA,Allegheny,Pittsburgh) | 2.00 | 38.00 |
| School Withheld (PA,East Allegheny SD) | 29.37 | 562.06 |

### Other Deductions

| Description | Current | Year to Date |
|---|---|---|
| Dependent Child Life ADD EE Post Tax | 0.71 | 13.49 |
| Spouse DP ADD EE Post Tax | 0.92 | 17.48 |
| Spouse DP Life EE Post Tax | 1.38 | 26.22 |
| Supplemental Employee Life EE Post Tax | 10.85 | 206.15 |
| Alight General Loan (0) | 34.13 | 648.47 |

### Net Pay Distribution

| Check/Deposit Number | Bank Name | Branch Name | Account Number | Currency | Payment Amount |
|---|---|---|---|---|---|
| 13508592623 | UPMC Direct Deposit Banks | 044000024 Huntington National Bank | XXXXXXX9510 | USD | 4,369.51 |

### Tax Withholding Information

| Type | Marital Status | Exemptions | Additional Amount |
|---|---|---|---|
| FEDERAL | Married | | 0.00 |
| PA | | 0 | 0.00 |



**Payslip**  Page: 1 of 2

| Employee Name | Payroll Relationship Number | Payroll |
|---|---|---|
| Kristopher Daugherty | 131505 | UPMC Biweekly Payroll |
| **Person Number** | **Assignment Number** | **Salary Basis Name** |
| 131505 | E131505 | Salaried_Biweekly |
| | **Job Title** | **Tax Reporting Unit Name** |
| | Architect, IT | UPMC Presbyterian Shadyside |
| **Employee Address** | **Position** | **Tax Reporting Unit Address** |
| 1821 Howell Street<br>North Versailles, PA 15137<br>US | Architect, IT | 600 Grant Street<br>Floor 56<br>Pittsburgh, PA 15219<br>US |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| Biweekly | 10-Aug-2025 | 23-Aug-2025 | 29-Aug-2025 | 155,463.96 |

### Summary

| Description | Current | Year to Date |
|---|---:|---:|
| Gross Earnings | 5,979.36 | 108,566.03 |
| Imputed Earnings | 0.00 | 128.88 |
| Pretax Deductions | 106.27 | 2,012.86 |
| Employee Tax Deductions | 1,450.68 | 26,008.13 |
| Voluntary Deductions | 47.99 | 863.82 |
| Net Payment | 4,374.42 | 79,552.34 |

### Earnings

| Description | Current | Year to Date |
|---|---:|---:|
| Basic Life Taxable | 0.00 | 128.88 |
| Bereavement | 0.00 | 288.60 |
| Day Regular | 5,381.44 | 91,449.91 |
| Holiday Time Off Paid | 0.00 | 2,927.44 |

| Description | Start Date | End Date | Quantity | Type | Rate | Multiple | Amount |
|---|---|---|---:|---|---:|---:|---:|
| Day Regular | | | 72.00 | Hours | 74.74 | 1.00 | 5,381.44 |
| PTO Entitlement | | | 8.00 | Hours | 74.74 | 1.00 | 597.92 |

### Absences

| Description | Current | Year to Date |
|---|---:|---:|
| PTO Discretionary Disbursement Payment | 0.00 | 2,885.80 |
| PTO Entitlement Payment | 597.92 | 10,885.40 |

### Hours

| Description | Current | Year to Date |
|---|---:|---:|
| Bereavement Hours Worked | 0.00 | 4.00 |
| Day Regular Hours Worked | 72.00 | 1,248.00 |
| Holiday Time Off Paid Hours Worked | 0.00 | 40.00 |
| PTO Discretionary Disbursement Hours | 0.00 | 40.00 |
| PTO Entitlement Hours | 8.00 | 148.00 |

### Pretax Deductions

| Description | Current | Year to Date |
|---|---:|---:|
| Advantage Silver EE Pre Tax | 77.54 | 1,395.72 |
| Elite Vision EE Pre Tax | 8.01 | 144.18 |
| Parking TVD Towerview Debit Card_V1 | 0.00 | 100.00 |

**UPMC** LIFE CHANGING MEDICINE

Payslip

Page: 2 of 2

|  | Current | Year to Date |
|---|---|---|
| Standard Dental EE Pre Tax | 18.78 | 338.04 |
| Supplemental Employee ADD EE Pre Tax | 1.94 | 34.92 |

| Tax Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| FIT Withheld | 756.16 | 13,409.26 |
| Social Security Employee Withheld | 364.14 | 6,606.30 |
| Medicare Employee Withheld | 85.16 | 1,545.02 |
| SIT Withheld (PA) | 180.30 | 3,270.29 |
| SUI Employee Withheld (PA) | 4.18 | 75.88 |
| City Withheld (PA,Allegheny,North Versailles Township) | 29.37 | 532.69 |
| Head Tax Withheld (PA,Allegheny,Pittsburgh) | 2.00 | 36.00 |
| School Withheld (PA,East Allegheny SD) | 29.37 | 532.69 |

| Other Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| Dependent Child Life ADD EE Post Tax | 0.71 | 12.78 |
| Spouse DP ADD EE Post Tax | 0.92 | 16.56 |
| Spouse DP Life EE Post Tax | 1.38 | 24.84 |
| Supplemental Employee Life EE Post Tax | 10.85 | 195.30 |
| Alight General Loan (0) | 34.13 | 614.34 |

| Net Pay Distribution | | | | | |
|---|---|---|---|---|---|
| Check/Deposit Number | Bank Name | Branch Name | Account Number | Currency | Payment Amount |
| 13419891788 | UPMC Direct Deposit Banks | 044000024 Huntington National Bank | XXXXXXX9510 | USD | 4,374.42 |

| Tax Withholding Information | | | |
|---|---|---|---|
| Type | Marital Status | Exemptions | Additional Amount |
| FEDERAL | Married |  | 0.00 |
| PA |  | 0 | 0.00 |