**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

10/21/2026

IN RE:

KRISTOPHER W DAUGHERTY
SHANNON N DAUGHERTY
1821 HOWELL STREET
NORTH VERSAILLES, PA 15137
XXX-XX-5189 Debtor(s)

XXX-XX-6637

Case No.25-22768 GLT

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. **Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above, will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee. If you believe your claim will be adversely impacted, you should object to this Notice.**

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

10/21/2026

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | |
|---|---|---|
| **WH BURKLEY LLP(*)** | Trustee Claim Number:1 INT %: 0.00% | CRED DESC: NOTICE ONLY |
| 601 GRANT ST - 9TH FL | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15219 | COMMENT: DUQ LITE/PRAE | |
| **GRB LAW**** | Trustee Claim Number:2 INT %: 0.00% | CRED DESC: NOTICE ONLY |
| C/O JEFFREY R HUNT ESQ - FOR PNG CO | Court Claim Number: | ACCOUNT NO.: |
| 525 WILLIAM PENN PLACE STE 3110 | | |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15219 | COMMENT: PEOPLES/PRAE | |
| **KML LAW GROUP PC*** | Trustee Claim Number:3 INT %: 0.00% | CRED DESC: NOTICE ONLY |
| 701 MARKET ST STE 5000 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| PHILADELPHIA, PA 19106 | COMMENT: ROCKET~QUICKEN/PRAE | |
| **ROCKET MORTGAGE LLC FKA QUICKEN LOANS** | Trustee Claim Number:4 INT %: 0.00% | CRED DESC: MORTGAGE REGULAR PAYMEN |
| 635 WOODWARD AVE | Court Claim Number:47 | ACCOUNT NO.: 2080 |
| | CLAIM: 0.00 | |
| DETROIT, MI 48226 | COMMENT: PMT/CL-PL*$2244.52x(60+2)=LMT*BGN 11/25 | |
| **WELLS FARGO BANK NA D/B/A WELLS FARGO A** | Trustee Claim Number:5 INT %: 9.25% | CRED DESC: VEHICLE |
| PO BOX 51963 | Court Claim Number:33 | ACCOUNT NO.: 0541 |
| | CLAIM: 23,888.09 | |
| LOS ANGELES, CA 90051-6263 | COMMENT: 24200@9.25%/PL | |
| **WELLS FARGO BANK NA D/B/A WELLS FARGO A** | Trustee Claim Number:6 INT %: 9.25% | CRED DESC: VEHICLE |
| PO BOX 51963 | Court Claim Number:34 | ACCOUNT NO.: 3791 |
| | CLAIM: 13,980.16 | |
| LOS ANGELES, CA 90051-6263 | COMMENT: 14150@9.25%/PL | |
| **ECMC(*)** | Trustee Claim Number:7 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| LOCKBOX #8682 | Court Claim Number:31 | ACCOUNT NO.: 5189 |
| PO BOX 16478 | | |
| | CLAIM: 6,717.43 | |
| ST PAUL, MN 55116-0478 | COMMENT: X0003/SCH*NO$~PHEAA | |
| **AFFIRM INC** | Trustee Claim Number:8 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SERVICES | Court Claim Number:5 | ACCOUNT NO.: WEZU |
| PO BOX 10587 | | |
| | CLAIM: 665.72 | |
| GREENVILLE, SC 29603-0587 | COMMENT: LOAN TAKEN 11/18/22*INSUFF POD | |
| **PORTFOLIO RECOVERY ASSOCIATES LLC** | Trustee Claim Number:9 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:28 | ACCOUNT NO.: 5926 |
| | CLAIM: 576.44 | |
| NORFOLK, VA 23541 | COMMENT: X526/SCH*CAP 1 | |
| **PORTFOLIO RECOVERY ASSOCIATES LLC** | Trustee Claim Number:10 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:29 | ACCOUNT NO.: 0043 |
| | CLAIM: 549.14 | |
| NORFOLK, VA 23541 | COMMENT: CAP 1 | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES LLC** | Trustee Claim Number:11 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:30 | ACCOUNT NO.: 3083 |
| | CLAIM: 302.51 | |
| NORFOLK, VA 23541 | COMMENT: CAP 1 | |
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE B/** | Trustee Claim Number:12 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O JPMORGAN CHASE BANK NA | Court Claim Number:16 | ACCOUNT NO.: 0663 |
| PO BOX 15368 | | |
| | CLAIM: 3,492.09 | |
| WILMINGTON, DE 19850 | COMMENT: | |
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE B/** | Trustee Claim Number:13 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O JPMORGAN CHASE BANK NA | Court Claim Number:19 | ACCOUNT NO.: 9873 |
| PO BOX 15368 | | |
| | CLAIM: 889.11 | |
| WILMINGTON, DE 19850 | COMMENT: | |
| **LVNV FUNDING LLC** | Trustee Claim Number:14 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:37 | ACCOUNT NO.: 2266 |
| PO BOX 10587 | | |
| | CLAIM: 659.55 | |
| GREENVILLE, SC 29603-0587 | COMMENT: BBY/CITIBANK | |
| **LVNV FUNDING LLC** | Trustee Claim Number:15 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:36 | ACCOUNT NO.: 5088 |
| PO BOX 10587 | | |
| | CLAIM: 497.50 | |
| GREENVILLE, SC 29603-0587 | COMMENT: BBY/CITIBANK | |
| **LVNV FUNDING LLC** | Trustee Claim Number:16 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:9 | ACCOUNT NO.: 1626 |
| PO BOX 10587 | | |
| | CLAIM: 3,971.98 | |
| GREENVILLE, SC 29603-0587 | COMMENT: CITIBANK | |
| **CITIBANK** ** | Trustee Claim Number:17 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 6241 | Court Claim Number: | ACCOUNT NO.: 8594 |
| | CLAIM: 0.00 | |
| SIOUX FALLS, SD 57117-6214 | COMMENT: NT ADR/SCH | |
| **CITIBANK NA** ** | Trustee Claim Number:18 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| EXCEPTION PAYMENTS | Court Claim Number:35-2 | ACCOUNT NO.: 3177 |
| 4674 HOUSTON RD | | |
| | CLAIM: 2,566.55 | |
| FLORENCE, KY 41042 | COMMENT: THD*AMD | |
| **LVNV FUNDING LLC** | Trustee Claim Number:19 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:38 | ACCOUNT NO.: 2428 |
| PO BOX 10587 | | |
| | CLAIM: 786.50 | |
| GREENVILLE, SC 29603-0587 | COMMENT: THD/CITIBANK | |
| **LVNV FUNDING LLC** | Trustee Claim Number:20 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:25 | ACCOUNT NO.: 3672 |
| PO BOX 10587 | | |
| | CLAIM: 1,010.69 | |
| GREENVILLE, SC 29603-0587 | COMMENT: CREDIT 1 | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **LVNV FUNDING LLC** | Trustee Claim Number:21 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:23 | ACCOUNT NO.: 2489 |
| PO BOX 10587 | | |
| | CLAIM: 918.94 | |
| GREENVILLE, SC 29603-0587 | COMMENT: CREDIT 1 | |
| **LVNV FUNDING LLC** | Trustee Claim Number:22 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:26 | ACCOUNT NO.: 4072 |
| PO BOX 10587 | | |
| | CLAIM: 1,007.51 | |
| GREENVILLE, SC 29603-0587 | COMMENT: CREDIT 1 | |
| **LVNV FUNDING LLC** | Trustee Claim Number:23 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:24 | ACCOUNT NO.: 6692 |
| PO BOX 10587 | | |
| | CLAIM: 879.24 | |
| GREENVILLE, SC 29603-0587 | COMMENT: CREDIT 1 | |
| **DISCOVER BANK(*)** | Trustee Claim Number:24 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 3025 | Court Claim Number: | ACCOUNT NO.: 3534 |
| | CLAIM: 0.00 | |
| NEW ALBANY, OH 43054 | COMMENT: | |
| **DISCOVER BANK(*)** | Trustee Claim Number:25 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 3025 | Court Claim Number: | ACCOUNT NO.: 3818 |
| | CLAIM: 0.00 | |
| NEW ALBANY, OH 43054 | COMMENT: | |
| **QUANTUM3 GROUP LLC AGENT CONCORA CRE** | Trustee Claim Number:26 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O QUANTUM3 GROUP LLC | Court Claim Number:1 | ACCOUNT NO.: 6834 |
| PO BOX 2489 | | |
| | CLAIM: 1,047.46 | |
| KIRKLAND, WA 98083-2489 | COMMENT: FIRST ELECTRONIC BANK | |
| **QUANTUM3 GROUP LLC AGENT CONCORA CRE** | Trustee Claim Number:27 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O QUANTUM3 GROUP LLC | Court Claim Number:3 | ACCOUNT NO.: 1431 |
| PO BOX 2489 | | |
| | CLAIM: 971.28 | |
| KIRKLAND, WA 98083-2489 | COMMENT: X7092/SCH*BANK OF MO | |
| **QUANTUM3 GROUP LLC AGENT CONCORA CRE** | Trustee Claim Number:28 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O QUANTUM3 GROUP LLC | Court Claim Number:2 | ACCOUNT NO.: 9772 |
| PO BOX 2489 | | |
| | CLAIM: 524.79 | |
| KIRKLAND, WA 98083-2489 | COMMENT: CELTIC*1/23 DEBT*CHG OFF 9/10/23 | |
| **QUANTUM3 GROUP LLC AGENT CONCORA CRE** | Trustee Claim Number:29 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O QUANTUM3 GROUP LLC | Court Claim Number:4 | ACCOUNT NO.: 9594 |
| PO BOX 2489 | | |
| | CLAIM: 518.43 | |
| KIRKLAND, WA 98083-2489 | COMMENT: BANK OF MO | |
| **GOLDMAN SACHS BANK USA++** | Trustee Claim Number:30 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 111 MAIN ST 8TH FL | Court Claim Number: | ACCOUNT NO.: 2316 |
| | CLAIM: 0.00 | |
| SALT LAKE CITY, UT 84101 | COMMENT: NT ADR/SCH | |

CLAIM RECORDS

**GOLDMAN SACHS BANK USA++** | Trustee Claim Number:31 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR
111 MAIN ST 8TH FL | Court Claim Number: | ACCOUNT NO.: 7311
CLAIM: 0.00
SALT LAKE CITY, UT 84101 | COMMENT: NT ADR/SCH

**LENDMARK FINANCIAL SERVICES LLC** | Trustee Claim Number:32 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR
2118 USHER ST | Court Claim Number:15 | ACCOUNT NO.: 6903
CLAIM: 5,745.56
COVINGTON, GA 30014 | COMMENT: X0305/SCH*SIGNED @ SEAL 4/23

**MERRICK BANK** | Trustee Claim Number:33 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR
C/O RESURGENT CAPITAL SVCS** | Court Claim Number:17 | ACCOUNT NO.: 5226
POB 10368
CLAIM: 1,904.19
GREENVILLE, SC 29603-0368 | COMMENT: CC HLDNGS

**CW NEXUS CREDIT CARD HOLDINGS I LLC** | Trustee Claim Number:34 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR
C/O RESURGENT CAPITAL SERVICES | Court Claim Number:18 | ACCOUNT NO.: 0585
PO BOX 10368
CLAIM: 1,475.50
GREENVILLE, SC 29603 | COMMENT: CC HLDNGS

**MOHELA** | Trustee Claim Number:35 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR
PO BOX 9000 | Court Claim Number:20 | ACCOUNT NO.: 5189
CLAIM: 3,567.43
WILKES-BARRE, PA 18773-9000 | COMMENT: X1112/SCH*NO$/SCH

**ONE MAIN FINANCIAL GROUP LLC A/S/F ONE M.** | Trustee Claim Number:36 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR
C/O ONE MAIN(*) | Court Claim Number:39 | ACCOUNT NO.: 5652
PO BOX 3251
CLAIM: 19,485.76
EVANSVILLE, IN 47731-3251 | COMMENT: SIGNED@SEAL 1/27/23

**PORTFOLIO RECOVERY ASSOCIATES LLC** | Trustee Claim Number:37 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR
PO BOX 12914 | Court Claim Number: | ACCOUNT NO.:
CLAIM: 0.00
NORFOLK, VA 23541 | COMMENT: NT ADR~NO$~NTC ONLY/SCH

**LVNV FUNDING LLC** | Trustee Claim Number:38 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR
C/O RESURGENT CAPITAL SVCS | Court Claim Number:8 | ACCOUNT NO.: 5751
PO BOX 10587
CLAIM: 1,370.16
GREENVILLE, SC 29603-0587 | COMMENT: VENMO/SYNC

**CAPITAL ONE NA BY AIS INFOSOURCE LP - AGE** | Trustee Claim Number:39 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR
PO BOX 71083 | Court Claim Number:12 | ACCOUNT NO.: 2087
CLAIM: 582.70
CHARLOTTE, NC 28272-1083 | COMMENT: WLMRT/SYNC

**SYNCHRONY BANK** | Trustee Claim Number:40 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR
PO BOX 71727 | Court Claim Number: | ACCOUNT NO.: 7501
CLAIM: 0.00
PHILADELPHIA, PA 19176 | COMMENT: WLMRT/SCH

CLAIM RECORDS

| | | |
|---|---|---|
| **JEFFERSON CAPITAL SYSTEMS LLC(*)** | Trustee Claim Number:41 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 772813 | Court Claim Number:13 | ACCOUNT NO.: 1495 |
| | CLAIM: 2,499.55 | |
| CHICAGO, IL 60677-2813 | COMMENT: REF 3732736389*CARE CRDT/SYNC | |
| **LVNV FUNDING LLC** | Trustee Claim Number:42 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:7 | ACCOUNT NO.: 3720 |
| PO BOX 10587 | | |
| | CLAIM: 630.71 | |
| GREENVILLE, SC 29603-0587 | COMMENT: SYNC/PAYPAL | |
| **SYNCHRONY BANK BY AIS INFOSOURCE LP - A** | Trustee Claim Number:43 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 661380 | Court Claim Number:45 | ACCOUNT NO.: 6135 |
| | CLAIM: 157.91 | |
| DALLAS, TX 75266-1380 | COMMENT: PAYPAL | |
| **JEFFERSON CAPITAL SYSTEMS LLC(*)** | Trustee Claim Number:44 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 772813 | Court Claim Number:14 | ACCOUNT NO.: 4787 |
| | CLAIM: 1,553.68 | |
| CHICAGO, IL 60677-2813 | COMMENT: REF 3732701321*PAYPAL/SYNC | |
| **TD BANK USA NA**** | Trustee Claim Number:45 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O WEINSTEIN & RILEY PS(*) | Court Claim Number:32 | ACCOUNT NO.: 1814 |
| PO BOX 93024 | | |
| | CLAIM: 936.45 | |
| LAS VEGAS, NV 89193-3024 | COMMENT: | |
| **UNIVERSITY OF PITTSBURGH** | Trustee Claim Number:46 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| CASHIERS OFFICE G-7 | Court Claim Number: | ACCOUNT NO.: 4AW2 |
| 127 THACKERAY HALL | | |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15260 | COMMENT: NO$~NTC ONLY/SCH | |
| **LVNV FUNDING LLC** | Trustee Claim Number:47 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:40-2 | ACCOUNT NO.: 8163 |
| PO BOX 10587 | | |
| | CLAIM: 9,008.07 | |
| GREENVILLE, SC 29603-0587 | COMMENT: UPGRADE/CRSS RVR*AMD | |
| **QUANTUM3 GROUP LLC - AGENT FOR CROWN A** | Trustee Claim Number:48 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O QUANTUM3 GROUP LLC | Court Claim Number:27 | ACCOUNT NO.: 4590 |
| PO BOX 2489 | | |
| | CLAIM: 8,161.43 | |
| KIRKLAND, WA 98083-2489 | COMMENT: UPGRADE | |
| **UPGRADE** | Trustee Claim Number:49 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 275 BATTERY ST 23RD FL | Court Claim Number: | ACCOUNT NO.: 8077 |
| | CLAIM: 0.00 | |
| SAN FRANCISCO, CA 94111 | COMMENT: | |
| **UPMC HEALTH SERVICES** | Trustee Claim Number:50 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O DCM SERVICES/BANKRUPTCY | Court Claim Number:44 | ACCOUNT NO.: 6637 |
| PO BOX 1123 | | |
| | CLAIM: 146.69 | |
| MINNEAPOLIS, MN 55440 | COMMENT: NO$/SCH | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **UPMC PHYSICIAN SERVICES** | Trustee Claim Number:51 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O DCM SERVICES/BANKRUPTCY | Court Claim Number:43 | ACCOUNT NO.: 6637 |
| PO BOX 1123 | | |
| | CLAIM: 1,751.99 | |
| MINNEAPOLIS, MN 55440 | COMMENT: NO$/SCH | |
| **UPSTART NETWORK INC** | Trustee Claim Number:52 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O PERITUS PORTFOLIO SERVICES II LLC | Court Claim Number:11 | ACCOUNT NO.: 5762 |
| PO BOX 1149 | | |
| | CLAIM: 15,103.48 | |
| GRAPEVINE, TX 76099 | COMMENT: | |
| **UPSTART NETWORK INC** | Trustee Claim Number:53 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O PERITUS PORTFOLIO SERVICES II LLC | Court Claim Number:10 | ACCOUNT NO.: 8823 |
| PO BOX 1149 | | |
| | CLAIM: 7,845.11 | |
| GRAPEVINE, TX 76099 | COMMENT: | |
| **LVNV FUNDING LLC** | Trustee Claim Number:54 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:6 | ACCOUNT NO.: 9279 |
| PO BOX 10587 | | |
| | CLAIM: 294.22 | |
| GREENVILLE, SC 29603-0587 | COMMENT: NT/SCH*SYNC/SAMS | |
| **MOHELA** | Trustee Claim Number:55 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 9000 | Court Claim Number:21 | ACCOUNT NO.: 5189 |
| | CLAIM: 3,397.81 | |
| WILKES-BARRE, PA 18773-9000 | COMMENT: SCH@CID 35 | |
| **MOHELA** | Trustee Claim Number:56 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 9000 | Court Claim Number:22 | ACCOUNT NO.: 5189 |
| | CLAIM: 2,940.14 | |
| WILKES-BARRE, PA 18773-9000 | COMMENT: SCH@CID 35 | |
| **UPMC PHYSICIAN SERVICES** | Trustee Claim Number:57 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O DCM SERVICES/BANKRUPTCY | Court Claim Number:42 | ACCOUNT NO.: 5189 |
| PO BOX 1123 | | |
| | CLAIM: 166.12 | |
| MINNEAPOLIS, MN 55440 | COMMENT: NT/SCH | |
| **UPMC HEALTH SERVICES** | Trustee Claim Number:58 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O DCM SERVICES/BANKRUPTCY | Court Claim Number:41 | ACCOUNT NO.: 5189 |
| PO BOX 1123 | | |
| | CLAIM: 250.00 | |
| MINNEAPOLIS, MN 55440 | COMMENT: NT/SCH | |
| **ROCKET MORTGAGE LLC FKA QUICKEN LOANS** | Trustee Claim Number:59 INT %: 0.00% | CRED DESC: MORTGAGE ARR. |
| 635 WOODWARD AVE | Court Claim Number:47 | ACCOUNT NO.: 2080 |
| | CLAIM: 3,768.25 | |
| DETROIT, MI 48226 | COMMENT: 6800/PL*THRU 10/25 | |
| **DUQUESNE LIGHT COMPANY(*)** | Trustee Claim Number:60 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| ATTN LEGAL SERVICES | Court Claim Number:46 | ACCOUNT NO.: 6817 |
| 100 S COMMONS | | |
| SUITE 118 OGC-L1 | CLAIM: 1,520.38 | |
| PITTSBURGH, PA 15212 | COMMENT: NT/SCH | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **AIDVANTAGE O/B/O US DEPT OF EDUCATION** | Trustee Claim Number:61 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O AIDVANTAGE - DEPT OF ED LOAN SVCS | Court Claim Number:48 | ACCOUNT NO.: 5189 |
| PO BOX 4450 | | |
| | CLAIM: 40,929.20 | |
| PORTLAND, OR 97208 | COMMENT: NT/SCH*TIMELY | |

| | | |
|---|---|---|
| **ROCKET MORTGAGE LLC FKA QUICKEN LOANS** | Trustee Claim Number:62 INT %: 0.00% | CRED DESC: POST PETITION FEE NOTICE |
| 635 WOODWARD AVE | Court Claim Number:47 | ACCOUNT NO.: 2080 |
| | | |
| | CLAIM: 1,480.00 | |
| DETROIT, MI 48226 | COMMENT: NT/PL*11/25 ATTY FEE-PL RVW, 12/25 POC FEES*DFCTV | |